NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TROY R. NORRED, M.D.,**
*Appellant*

v.

**MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC COREVALVE, LLC,**
*Appellees*

_____

2015-1731

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00110.

-------------------------------------------------------------------------------

**TROY R. NORRED, M.D.,**
*Appellant*

v.

**MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC COREVALVE, LLC,**
*Appellees*

_____

2015-1874

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00111.

**ON MOTION**

O R D E R

The appellees move to suspend briefing and consolidate 2015-1731 with the appeal from IPR2014-00111, which has been docketed as 2015-1874, and any appeal that may be filed from IPR2014-00395. The appellant opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied without prejudice to the appellees' right to file a motion to consolidate 2015-1874 with any appeal from IPR2014-00395.

(2) The briefing schedule in 2015-1874 is stayed pending the filing of any appeal from IPR2014-00395. The parties are directed to advise the court no later than August 31, 2015 how they believe 2015-1874 should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32